IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHEDRICK THORNTON, #22003389, | ) ) ) | |
| Petitioner, | ) ) | |
| VS. | ) ) ) | CIVIL ACTION NO.  3:22-CV-2888-G-BT |
| MICHAEL PITTMAN, ET AL., | ) ) | |
| Respondents. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated September 18, 2023. The court has reviewed the Findings, Conclusions, and Recommendation for plain error and has found none. It is, therefore, **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The court **ORDERS** the following:

(1) TDCJ Director Bobby Lumpkin is dismissed as Respondent, and the Dallas County Community Supervision and Corrections Department is substituted for the Director;

(2) the Attorney General is withdrawn from representation in this case, and the Dallas County District Attorney is substituted as attorney of record for Respondent; and

(3) the Dallas County Community Supervision and Corrections Department will be served by separate order with an order to show cause.

**SO ORDERED**.

January 19, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**